# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 99-2768/2880

_____

| | | |
|---|---|---|
| John Gregory Lambros, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 22, 2000

Filed: November 30, 2000

_____

Before WOLLMAN, Chief Judge, ROSS, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After dismissing John Gregory Lambros's 28 U.S.C. § 2255 motion, the district court[1] granted him a certificate of appealability. Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert G. Renner, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.